IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ONTRACK, INC.,** | ) | CASE NO. 8:09CV111 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| **EXPRESS MESSENGER SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint Stipulation for Dismissal with Prejudice (Filing No. 12). The Court finds that the joint stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 12), and the relief requested therein, is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 23rd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge